IN RE: BINDING ARBITRATION

JOSEPH ARALAR,
    Claimant,                                            AAA Case No.: 01-16-0002-9779

v.

SCOTT MCCRAE GROUP, LLC,
    Respondent.

## INTERIM ARBITRATION AWARD

This case was presented to the undersigned Arbitrator, Robert L. Cowles, to consider the issue of Claimant JOSEPH ARALAR'S claim for overtime pay while employed at a car dealership owned by Respondent SCOTT MCCRAE GROUP, LLC. Mr. Aralar claimed to be and was a service advisor with the car dealership. He signed the Scott McRae Automotive Group Arbitration Agreement on April 22, 2014. Respondent SCOTT MCCRAE GROUP, admitted in its Answer to the claim that Mr. Aralar was a service advisor.

The Fair Labor Standards Act (FLSA) found at 29 U.S.C. Sec. 207 states the service advisors are exempt from the mandate for overtime pay, and Florida does not have a statute requiring employers to pay overtime. The Arbitrator, on June 13, 2017, granted the Motion for Judgment on the Pleadings filed by SCOTT MCCRAE GROUP, LLC.

In view of the findings of the Arbitrator, it is **ORDERED AND AWARDED** as follows:

1. On the claim of JOSEPH ARALAR against SCOTT MCCRAE GROUP, LLC, the Arbitrator finds in favor of SCOTT MCCRAE GROUP, LLC, and against JOSEPH ARALAR.  SCOTT MCCRAE GROUP, LLC is the prevailing party.

2. The case will remain open for thirty (30) days for any requests for attorneys fees or costs which SCOTT MCCRAE GROUP might file, in the event of any entitlement thereto.

3. This Award is in full settlement of all claims submitted to this Arbitration, except those which might remain in Paragraph 2 above.

4. All claims of Claimant not expressly granted herein are hereby denied.

DATED THIS 16th DAY OF JUNE, 2017.

*Robert L. Cowles*
ROBERT L. COWLES, Arbitrator

cc: Earl M. Johnson, Jr., Esquire (jaxlawfl@aol.com)
Nicholas A. Bader, Esquire (nbader@dealerlawyer.com)