IN RE: BINDING ARBITRATION

JOSEPH ARALAR,
    Claimant,

v.

SCOTT McRAE AUTOMOTIVE GROUP, LLLP,

    Respondent.

_____

## ARBITRATOR'S ORDER ON RESPONDENT'S REQUEST FOR PAYMENT OF FEES AND COSTS

This matter is before the undersigned Arbitrator on Respondent, SCOTT McRAE AUTOMOTIVE GROUP, LLLP'S, Request for Payment of Fees and Costs. The Respondent seeks attorneys' fees and costs initially for having to defend a Complaint filed in the U.S. District Court by the Claimant, JOSEPH ARALAR, against Duval Motors at the Avenues, Inc., for unpaid salary incurred in the form of overtime.

On March 18, 2017, Respondent notified Claimant's counsel that the employment contract contained an Arbitration Agreement and that the litigation in U.S. District Court should be dismissed. It was not done timely under the Arbitration Agreement and Respondent filed a Motion to Compel Arbitration on March 31, 2017. The Arbitration Agreement required that the dismissal be within ten (10) days. Since the Complaint was subsequently withdrawn, Respondent should still be entitled to its attorneys' fees and costs from March 28, 2017 forward, for its costs and attorneys fees in U.S. District Court, until it was dismissed.

Respondent's counsel is the prevailing party in the arbitration proceeding which followed the dismissal in the U.S. District Court and is entitled to its legal counsel's reasonable fees and costs under Rule 15C of the Arbitration Agreement. The fees of the

Arbitrator are to be paid by the Respondent, pursuant to Rule 15B of the Arbitration Agreement.

**IT IS ORDERED:**

1. RESPONDENT, SCOTT McRAE AUTOMOTIVE GROUP, LLLP, is the prevailing party in this case based upon the ruling of the undersigned Arbitrator on June 15, 2017.

2. RESPONDENT, SCOTT McRAE AUTOMOTIVE GROUP, LLLP, shall file with the Arbitrator, within seven (7) days from this Order, an Affidavit of Attorneys' Fees and Costs for the time allowed by the Arbitrator above.

3. The fees of the Arbitrator shall be paid by the RESPONDENT, SCOTT McRAE AUTOMOTIVE GROUP, LLLP.

THIS 25th DAY OF JULY, 2017.

*Robert L. Cowles*

ROBERT L. COWLES, Arbitrator

cc: Earl M. Johnson, Jr., Esquire (jaxlawfl@aol.com)
Nicholas A. Bader, Esquire (nbader@dealerlawyer.com)