IN RE: BINDING ARBITRATION

JOSEPH V. ARALAR,
    Claimant,

v.

SCOTT McRAE AUTOMOTIVE GROUP, LLLP,

    Respondent.

## FINAL AWARD

This matter is before the undersigned Arbitrator on Respondent SCOTT McRAE AUTOMOTIVE GROUP, LLLP's Motion for Attorneys' Fees and Costs, pursuant to the written Employment Arbitration Agreement between the parties. The Arbitrator's Interim Award of June 20, 2017, found in favor of Respondent, and left the issue of fees and costs for further decision. The parties submitted Memorandums of Law and the Respondent submitted an Amended Affidavit for Fees and Costs. After consideration of the legal memorandums and the Amended Affidavit, it is

**ORDERED AND ADJUDGED:**

1. The Interim Award of June 20, 2017 is incorporated herein by reference.

2. The Respondent, SCOTT McRAE AUTOMOTIVE GROUP, LLLP, is the prevailing party.

3. The Respondent, SCOTT McRAE AUTOMOTIVE GROUP, LLLP, is awarded reasonable attorneys' fees of $18,500.00, and taxable costs of $791.58, which is payable to Respondent SCOTT McRAE AUTOMOTIVE GROUP, LLLP, by Claimant

JOSEPH V. ARALAR, within thirty (30) days from the date of this Final Award.

DATED THIS 29 DAY OF AUGUST, 2017.

ROBERT L. COWLES, Arbitrator

cc: Earl M. Johnson, Jr., Esquire (jaxlawfl@aol.com)
Nicholas A. Bader, Esquire (nbader@dealerlawyer.com)